IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. ANDERSON | ) | |
| Plaintiff, | ) | 4:05CV3199 |
| v. | ) | |
| ROBERT HOUSTON | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 5 be stricken from the record for the following reason:

- Duplicate document of number 4.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 5 from the record.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge