IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAVID J. ANDERSON, | ) | |
|---|---|---|
| | ) | 4:05CV3199 |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 12, the motion for an extension of time, filed by the petitioner. The petitioner requests an extension of time in which to respond to the respondent's motion for summary judgement (filing no. 24). The petitioner states that he has recently retained counsel and that counsel will need additional time to review the case file. Upon review of the record, I will grant the motion, and the petitioner shall have until December 22, 2005.

SO ORDERED.

DATED this 21st day of November, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge