**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DAVID J. ANDERSON,** | ) | **CASE NO. 4:05CV3199** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MICHAEL KENNY, Warden Nebraska** | ) | |
| **State Penitentiary,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Motion for Leave to Withdraw as Attorney filed by Roger R. Holthaus. (Filing no. 14). Plaintiff David J. Anderson has retained other counsel who has filed his appearance in this case. (Filing no. 11). Accordingly,

**IT IS ORDERED:**

The Motion for Leave to Withdraw as Attorney (filing no. 14) is granted; and Roger R. Holthaus is hereby terminated as counsel for Plaintiff, David J. Anderson.

DATED this 22nd day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge